# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| **Plaintiff,** | : |
| | : Case No. 12-cr-00123 (JDB) |
| v. | : |
| **TAHNIA MANSFIELD,** | : |
| **Defendant.** | : |

## NOTICE OF SUBSTITUTION OF COUNSEL AND APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney David Last, telephone number (202) 252-7389 and/or email address David.Last@usdoj.gov. David Last will substitute for Assistant United States Attorney Bridget Fitzpatrick and will serve as counsel for the United States.

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney
for the District of Columbia
D.C. Bar Number 447-889

By:     _____/s/_____
DAVID LAST
D.C. Bar Number 476-335
Assistant United States Attorney
United States Attorney's Office
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7389
David.Last@usdoj.gov